In the Matter of the Application of THE ROCHESTER AND GLEN HAVEN RAILROAD COMPANY, Appellant, to Acquire Land of FERDINAND and BARBARA GRIEBEL, Respondents.

(Argued June 8, 1891; decided June 23, 1891.)

MOTION to dismiss an appeal from an order of the General Term of the Supreme Court in the fifth judicial department, made at the January Term, 1891, which reversed an order of Special Term appointing commissioners.

*John Powers* for motion.

*Edward W. Maurer* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.

In the Matter of the Accounting of ABRAHAM B. VALENTINE, Trustee, etc.

(Argued June 10, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 4, 1891, which affirmed a decree of the surrogate of Westchester county.

*Thomas M. Wheeler* for appellant.

*Israel Minor, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.